# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 05, 2021

Mr. Alexander Roy Gifford
9873 County Road 489
Atlanta, MI 49709

     Re:  Case No. 21-1223, *Alexander Gifford v. Donald Trump, et al*
        Originating Case No. : 2:20-mc-51556

Dear Mr. Gifford:

 The Court issued the enclosed Order today in this case.

              Sincerely yours,

              s/Robin L. Johnson
              Case Manager
              Direct Dial No. 513-564-7039

cc:  Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 21-1223

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

ALEXANDER ROY GIFFORD

    Plaintiff - Appellant

v.

DONALD J. TRUMP, Former President

    Defendant

and

ESTATE OF RICHARD M. NIXON; CHRISTOPHER A. WRAY, FBI Director; ESTATE OF J. EDGAR HOOVER; ROBERT M. WILKINSON, Acting U.S. Attorney General; JOSEPH R. BIDEN, President

    Defendants - Appellees

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by April 5, 2021

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued:  May 05, 2021